**MEMO ENDORSED**

# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4671
MY EMAIL ADDRESS IS:  BRIAN.SHENKER@JACKSONLEWIS.COM

January 5, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/30/24_____

**VIA ECF**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Allen v. Coranet Corp. & Margaret Marcucci*
       S.D.N.Y Case No. 1:23-cv-08380 (ALC)

Dear Judge Carter:

We are counsel for Defendants Coranet Corp. d/b/a Coranet ("Coranet") and Margaret Marcucci ("Marcucci") (collectively "Defendants"). We write, jointly with counsel for Plaintiff, to request a 60-day stay of all upcoming deadlines including, but not limited to, Defendants' January 8, 2024 deadline to respond to Plaintiff's Complaint. The parties have agreed to mediate and plan on scheduling a mediation session within the next 60 days.

Accordingly, the Parties jointly request a 60-day stay through and including March 5, 2024. No other scheduled dates will be affected if the Court grants this request. The parties will notify the Court on or before March 5 as to whether the matter has been resolved.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/Brian Shenker*

Brian J. Shenker

cc:   All counsel (via ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 30, 2024
New York, New York