**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NEIL ALLEN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

CORANET CORP.
   d/b/a CORANET,
and MARGARET MARCUCCI,

                Defendants.

**Case No.:** 1:23-cv-08380

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff NEIL ALLEN hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 10, 2024, and annexed hereto as **Exhibit A**.

Dated: June 10, 2024

                Respectfully submitted,

                By: _____
                C.K. Lee, Esq. (CL 4086)
                LEE LITIGATION GROUP, PLLC
                148 West 24th Street, 8th Floor
                New York, NY 10011
                Tel.: (212) 465-1188
                Fax: (212) 465-1181
                *Attorney for Plaintiff, FLSA Collective*
                *Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Brian Shenker, Esq.
Jackson Lewis P.C.
58 South Service Road Suite 250
Melville, NY 11747
Jackson Lewis P.C.
Direct: (631) 247-4671
Main: (631) 247 0404
Email: brian.shenker@jacksonlewis.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.