UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL ALLEN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>        Plaintiff,<br><br>v.<br><br>CORANET CORP.<br>  d/b/a CORANET,<br>and MARGARET MARCUCCI,<br><br>        Defendants. | Case No.: 1:23-cv-08380<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Coranet Corp. d/b/a Coranet ("Coranet" or "Defendant") makes this offer of judgment in favor of Plaintiff Neil Allen ("Allen" or "Plaintiff"), and against Defendant Coranet Corp. in the amount of Five Thousand Dollars and No Cents ($5,000.00), inclusive of costs and reasonable attorneys' fees incurred as of the date of this offer, in complete satisfaction of Allen's individual claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA) in the above-captioned action. If this offer of judgment is accepted, it shall resolve Allen's FLSA claims against both Coranet Corp. and Margaret Marcucci, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated June 10, 2024 and filed as Exhibit A to Docket Number 26;

  **WHEREAS**, on June 10, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 26);

  It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Neil Allen, in the sum of $5,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated June 10, 2024 and filed as Exhibit A to Docket Number 26. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024        _____
      New York, New York                                                                           U.S.D.J.